## Otis O. EDWARDS, Plaintiff–Appellant,

### v.

## NEWPORT NEWS SHIPBUILDING AND DRY DOCK COMPANY; Local Union 8888, United Steelworkers of America, Defendants–Appellees.

### No. 04–1592.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 16, 2004.

Decided: Sept. 21, 2004.

Otis O. Edwards, Appellant pro se.

Dean C. Berry, Newport News Shipbuilding & Dry Dock Co., Newport News, Virginia; Kenneth Michael Reiss, Northrop Grumman Corporation, Arlington, Virginia; David I. Goldman, Associate General Counsel, Daniel Martin Kovalik, United Steelworkers of America, Pittsburgh, Pennsylvania; James J. Vergara, Jr., Vergara & Associates, Hopewell, Virginia, for Appellees.

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Otis O. Edwards appeals the district court's order denying his motion for reconsideration of the dismissal of his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Edwards v. Newport News Shipbldg. & Dry Dock Co.*, No. CA–97–46–4 (E.D.Va. Apr. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*